**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARLA BERTRAND, | ) | 3:11-cv-00843-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| HOME DEPOT U.S.A., INC., | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation (#15), this action is hereby **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees, costs, and related expenses.

**IT IS SO ORDERED.**

DATED: This 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE